UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. |
| v. | District Judge |
| | Magistrate Judge |
| JAMES FERRANTI and GINA FERRANTI, | |
| Defendants. | |

# COMPLAINT

At the direction of a delegate of the Attorney General and with the authorization of a delegate of the Secretary of the Treasury, both pursuant to 26 U.S.C. § 7401, the United States of America brings this civil action requesting a judgment finding the Defendants liable for unpaid internal revenue taxes. For its complaint, the United States alleges as follows:

### JURISDICTION AND PARTIES

1. The United States District Court has subject-matter jurisdiction over this action pursuant to 26 U.S.C. § 7402(a) and 28 U.S.C. §§ 1331, 1340, 1345.

2. James Ferranti resides in Monmouth County, New Jersey.

3. Gina Ferranti resides in Monmouth County, New Jersey.

**COUNT ONE**
**Claim Against James Ferranti for Income Tax Liabilities**

4.  Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed James Ferranti with the income tax and associated penalties described below:

| INCOME TAX FOR YEAR ENDING DECEMBER 31, 2009 | | |
| --- | --- | --- |
| Assessment Date | Assessment Type | Assessed Amount |
| 07/16/2012 | Income tax per audit of income not reported on return electing the status married filing separately. | $40,481.00 |
| 07/16/2012 | Accuracy penalty on underpayment of tax. I.R.C. § 6662. | $8,096.00 |

| INCOME TAX FOR YEAR ENDING DECEMBER 31, 2010 | | |
| --- | --- | --- |
| Assessment Date | Assessment Type | Assessed Amount |
| 09/19/2011 | Income tax per return electing the status married filing separately. | $275,234.70 |
| 09/19/2011 | Penalty for failure to pay estimated tax. I.R.C. § 6654. | $3,925.00 |
| 09/19/2011 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $7,846.71 |
| 10/14/2013 | Additional income tax per audit of income not reported on return. | $46,450.00 |
| 10/14/2013 | Accuracy penalty on underpayment of tax. I.R.C. § 6662. | $9,290.00 |

| INCOME TAX FOR YEAR ENDING DECEMBER 31, 2011 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessed Amount |
| 11/19/2012 | Income tax per return electing the status married filing separately. | $123,115.00 |
| 11/19/2012 | Penalty for failure to pay estimated tax. I.R.C. § 6654. | $566.00 |
| 11/19/2012 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $3,029.24 |

| INCOME TAX FOR YEAR ENDING DECEMBER 31, 2012 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessed Amount |
| 11/18/2013 | Income tax per return electing the status married filing separately. | $181,716.00 |
| 11/18/2013 | Penalty for failure to pay estimated tax. I.R.C. § 6654. | $271.64 |
| 11/18/2013 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $2,601.72 |
| 03/23/2015 | Additional income tax per audit of income not reported on return. | $8,194.00 |
| 03/23/2015 | Accuracy penalty on underpayment of tax. I.R.C. § 6662. | $1,639.00 |

5.      Pursuant to 26 U.S.C. § 6303, notice and demand for payment of the liabilities described in above paragraph 4 was given to James Ferranti.

6.      James Ferranti failed to fully pay the liabilities described in above paragraph 4. After application of payments, abatements, and credits, Mr. Ferranti remains liable to the United States in the amount of $864,823.29, plus interest and other statutory additions accruing from and after December 31, 2021, itemized as follows:

| Tax Type | Year Ending | Balance on 12/31/2021 |
|---|---|---|
| Income | 12/31/2009 | $69,391.51 |
| Income | 12/31/2010 | $541,749.50 |
| Income | 12/31/2011 | $129,723.50 |
| Income | 12/31/2012 | $123,958.78 |
| | Total | $864,823.29 |

### COUNT TWO
### Claim Against James Ferranti and Gina Ferranti, jointly and severally, for Income Tax Liabilities

7. Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury jointly assessed James Ferranti and Gina Ferranti with the income tax and associated penalties described below:

| INCOME TAX FOR YEAR ENDING DECEMBER 31, 2014 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessed Amount |
| 11/23/2015 | Income tax per return electing the status married filing jointly. | $166,381.00 |
| 11/23/2015 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $1,347.52 |

| INCOME TAX FOR YEAR ENDING DECEMBER 31, 2017 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessed Amount |
| 11/19/2018 | Income tax per return electing the status married filing jointly. | $297,595.00 |
| 11/19/2018 | Penalty for failure to pay estimated tax. I.R.C. § 6654. | $2,767.00 |

| INCOME TAX FOR YEAR ENDING DECEMBER 31, 2017 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessed Amount |
| 11/19/2018 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $34,309.80 |
| 11/19/2018 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $6,098.74 |
| 11/16/2020 | Additional tax assessed per audit. | $69,735.00 |
| 11/16/2020 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $16,703.00 |
| 11/16/2020 | Accuracy penalty on underpayment of tax. I.R.C. § 6662. | $13,947.00 |

| INCOME TAX FOR YEAR ENDING DECEMBER 31, 2018 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessed Amount |
| 11/04/2019 | Income tax per return electing the status married filing jointly. | $61,318.00 |
| 09/27/2021 | Additional income tax per audit of income not reported on return. | $158,315.00 |
| 09/27/2021 | Accuracy penalty on underpayment of tax. I.R.C. § 6662. | $31,663.00 |

8. Pursuant to 26 U.S.C. § 6303, notice and demand for payment of the liabilities described in above paragraph 7 was given to James Ferranti and Gina Ferranti.

9. James Ferranti and Gina Ferranti failed to fully pay the liabilities described in above paragraph 7. After application of payments, abatements, and credits they remain liable, jointly and severally, to the United States in the amount of $325,033.63, plus interest and other statutory additions accruing from and after December 31, 2021, itemized as follows:

| Tax Type | Year Ending | Balance on 12/31/2021 |
|---|---|---|
| Income | 12/31/2014 | $52,474.32 |

| Tax Type | Year Ending | Balance on 12/31/2021 |
|---|---|---|
| Income | 12/31/2017 | $165,326.58 |
| Income | 12/31/2018 | $107,232.73 |
| | Total | $325,033.63 |

WHEREFORE, the United States of America requests a judgment finding and directing as follows:

A. James Ferranti is liable to the United States for income tax, penalty, and interest for the calendar years ending on December 31, 2009, December 31, 2010, December 31, 2011, and December 31, 2012, in the amount of $864,823.29, plus interest (under 26 U.S.C. §§ 6601, 6621-6622 and 28 U.S.C. § 1961(c)) and other statutory additions in the Internal Revenue Code accruing from and after December 31, 2021.

B. James Ferranti and Gina Ferranti are liable to the United States, jointly and severally, for income tax, penalty, and interest for the calendar years ending on December 31, 2014, December 31, 2017, and December 31, 2018, in the amount of $325,033.63, plus interest (under 26 U.S.C. §§ 6601, 6621-6622 and 28 U.S.C. § 1961(c)) and other statutory additions in the Internal Revenue Code accruing from and after December 31, 2021.

C. Awarding the United States the costs it incurs for this action and any other relief that the Court deems just and proper.

                                                 Respectfully submitted,

                                                 DAVID A. HUBBERT
                                                 Deputy Assistant Attorney General
Monday, January 24, 2022          U.S. Dept. of Justice, Tax Division

*Of Counsel:*
                                                 /s/ L. Steven Schifano

PHILIP R. SELLINGER                    _____
United States Attorney                     L. Steven Schifano
                                                 Trial Attorney, Tax Division
                                                 U.S. Department of Justice
                                                 P.O. Box 227, Ben Franklin Station
                                                 Washington, D.C. 20044
                                                 (202) 307-6575 Phone
                                                 (202) 514-5238 Fax
                                                 L.Steven.Schifano@usdoj.gov
                                                 Wisconsin Bar # 1019644
                                                 Counsel for the United States